174 So. 905

**Ralph B. REVEL, Jr., v. STATE.**

**I Div. 293.**

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

171 So. 925

**Marion REYBURN v. STATE.**

**7 Div. 257.**

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

175 So. 923

**James REYNOLDS v. STATE.**

**8 Div. 555.**

Court of Appeals of Alabama.
June 8, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

170 So. 922

**W. N. REYNOLDS v. STATE of Alabama and Washington County.**

**I Div. 252.**

Court of Appeals of Alabama.
Nov. 12, 1936.

PER CURIAM.
Appeal dismissed for want of prosecution.

170 So. 923

**Horace RICHARDSON v. STATE.**

**I Div. 257.**

Court of Appeals of Alabama.
Nov. 17, 1936.

RICE, Judge.
Appeal dismissed.

170 So. 921

**Onus RIDGWAY v. STATE.**

**8 Div. 347.**

Court of Appeals of Alabama.
Nov. 3, 1936.

Raymond Murphy, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.